UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Boyd N. Boland | Laura Blunkall |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 08-cr-00050-WYD | FTR BNB PM |
| February 15, 2008 | |
| UNITED STATES OF AMERICA | Wallace Kleindienst |
| | By phone |
| v. | |
| FRANKLIN CAREL, JR. | Janine Yunker |

## MOTION HEARING

Court in Session: 2:43 pm

Court calls case and appearances of counsel.

Matthew Farwell present from pre-trial services.

Defense requests defendant be released on electronic home monitoring.

Government has no objection to release on electronic home monitoring with the condition defendant has no contact with the victim.

**ORDERED:** Motion (21) to reopen order of detention is granted.

**ORDERED:** Court grants defendant's release once electronic home monitoring is established. Defendant to return to court once electronic home monitoring is established for release.

Court in recess: 2:53 pm

Total time in court: 10 minutes

Hearing concluded.