UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00050-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANKLIN CAREL, JR.,

    Defendant.

---

### MINUTE ORDER
---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set for **Monday, March 1, 2010, at 11:00 a.m., in courtroom A-1002.**

    Dated:   December 1, 2009.